22 F.3d 302
 McLendon (Cecil), Vandertulip (Don), Cartharn (Jimmie, Jr.),
Trojniar (Konrad)
v.
Continental Group, Inc., Continental Beverage Packaging,
Inc., (f/k/a Continental Can Company, Inc.), Continental
Packaging Co., Inc., Continental Group, Inc., Continental
Can Co, Inc., (f/k/a TDV Holding Corporation), Kiewit
Continental Inc., (f/k/a KMI Continental Inc.), Peter Kiewit
Sons' Inc., Kiewit Holdings Group Inc., Scott (Walter, Jr.),
Sturm (Donald J.), Julian (Robert E.),
 NOS. 93-5083, 93-5092
 United States Court of Appeals,
Third Circuit.
 Mar 29, 1994
 
 Appeal From: D.N.J.,
 Sarokin, J.
 
 
 1
 AFFIRMED.